**** **Electronically Filed Document** ****

## Denton County
## Juli Luke
## County Clerk

---

**Document Number: 2015-135165**
**Recorded As        : ERX-WARRANTY DEED**

**Recorded On:**        November 24, 2015
**Recorded At:**        08:25:18 am
**Number of Pages:**    4

**Recording Fee:**      $38.00

**Parties:**

                **Direct- SCHOOLCO REAL ESTATE LTD**
**Indirect-**

**Receipt Number:**     1362659
**Processed By:**       Terri Bair

---

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

---



THE STATE OF TEXAS)
COUNTY OF DENTON)

I hereby certify that this instrument was FILED in the File Number sequence on the date/time
printed heron, and was duly RECORDED in the Official Records of Denton County, Texas.

**Juli Luke**

County Clerk
Denton County, Texas

**Doc-135165**

Order No. 2012001900

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SPECIAL GENERAL WARRANTY DEED
### (Cash)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF    DENTON | § | |

THAT THE UNDERSIGNED, Schoolco Real Estate, Ltd., hereinafter referred to as "Grantor," whether one or more, for and in consideration of the sum of TEN DOLLARS ($10.00) cash, and other good and valuable consideration in hand paid by the Grantee, herein named, the receipt and sufficiency of which is hereby fully acknowledged and confessed, has GRANTED, SOLD and CONVEYED, and by these presents does hereby GRANT, SELL and CONVEY unto Main Street Schools, LLC herein referred to as "Grantee," whether one or more, the real property described as follows:

See Exhibit A Attached

This conveyance, however, is made and accepted subject to any and all validly existing encumbrances, conditions and restrictions, relating to the hereinabove described property as now reflected by the records of the County Clerk of DENTON County, Texas.

TO HAVE AND TO HOLD the above described premises, together with all the rights and appurtenances lawfully accompanying it, by the Grantee, Grantee's heirs, executors, administrators, successors and/or assigns forever; and Grantor does hereby bind Grantor, Grantor's heirs, executors, administrators, successors and/or assigns to WARRANT AND FOREVER DEFEND all the said premises unto the said Grantee, Grantee's heirs, executors, administrators, successors and/or assigns, against every person whomsoever claiming or to claim the same or any part thereof, by, through, or under Grantor, but not otherwise.

Current ad valorem taxes on said property having been prorated, the payment thereof is assumed by Grantee.

EXECUTED this date: November _2O_, 2015

Schoolco Real Estate, LTD
By: Schoolco Real Estate Management, LLC
General Partner

By: _____
William J. Vesterman, Managing Member

Grantee's Address:
            8718 Tyler Dr, Lantana, TX 76226

### ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF DENTON

This instrument was acknowledged before me on _____11/20/15_____ by William J. Vesterman,
Managing Member of Schoolco Real Estate Management, LLC, General Partner for Schoolco Real
Estate, LTD.

_____
Notary Name:
State of:
County of:
Expires:

CHERIE RAY
Commission # 128756504
My Commission Expires
October 3, 2019

**Exhibit A**

Being a 1.346 acre tract of land situated in the T. Payne Survey, Abstract No. 1056, in Denton County, Texas, and being that same tract of land described by deed to Aubrey L. Gammill, Mary Kay Gammill, Rudolph Zehentmayr and Aurelia Zehentmayr, as recorded in Volume 2148, Page 194 of the Real Property Records of Denton County, Texas, and being more particularly described as follows:

BEGINNING at a 1/2 inch iron rod found in asphalt for the southwest corner of the herein described tract, same point being the southwest corner of said Gammill and Zehentmayr tract, same point being within the intersection of Porter and Hawk Road;

THENCE North 03 degrees 23 minutes 26 seconds East, with said Porter Road, a distance of 199.51 feet to a 1/2 inch iron rod found in asphalt for corner, same point being the southwest corner of Red Hawk Subdivision, an addition to Denton County, Texas, according to the Plat thereof recorded in Cabinet C, page 191;

THENCE South 85 degrees 40 minutes 37 seconds East, along a south line of said Red Hawk Subdivision, a distance of 294.00 feet to a railroad spike found for corner, same point being at an inner-ell of said Red Hawk Subdivision;

THENCE South 03 degrees 23 minutes 26 seconds West, along a west line of said Red hawk Subdivision, passing at a distance of 169.47 feet a 1/2 inch iron rod found for the northwest corner of a 30 foot wide right-of-way dedication as shown on said Plat recorded in Cabinet C, Page 191, continuing on said course for a total distance of 199.47 feet to a 1/2 inch iron rod found in asphalt for corner within said Hawk Road;

THENCE North 85 degrees 41 minutes 07 seconds West with said Hawk Road, a distance of 294.00 feet to the Point of Beginning and containing a total of 1.346 acres of land more or less.